IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CHERYL K. CARLSON and<br>DENNIS E. CARLSON, as Personal<br>Representative for the ESTATE OF<br>SHIRLEY CARLSON, | ) <br> ) <br> ) <br> ) <br> ) | CASE NO. 4:03-CV-3208 |
| Plaintiffs, | ) <br> ) | MOTION FOR STAY OF MAGISTRATE<br>JUDGE'S ORDER TO COMPEL |
| vs. | ) <br> ) | PENDING RULING ON DEFENDANT'S<br>STATEMENT OF APPEAL |
| FREIGHTLINER L.L.C, a<br>Delaware Corporation, | ) <br> ) <br> ) | |
| Defendant. | ) | |

COMES NOW the Defendant, Freightliner, L.L.C., by and through counsel and pursuant to NELR 72.3(e) and moves the Court for a stay of the Magistrate Judge's Memorandum and Order dated March 19, 2004, by the Honorable David L. Piester (Filing No. 35) for the following reasons:

1. The Defendant has filed a Statement of Appeal of the Magistrate's Order on March 26, 2004. (Filing No. 36). If the Court does not grant the Motion to Stay the Defendant could be required to produce unnecessary discovery responses and if a stay is not granted it will moot the Defendant's Statement of Appeal.

2. On March 30, 2004, the Court denied the Plaintiff's motion for summary judgment to have Oregon law on punitive damages apply to this case. (Filing No. 38). This decision should have an effect on the Memorandum

and Order dated March 19, 2004, because the Defendant is required to provide discovery on the punitive damage issue pursuant to the Memorandum and Order.

WHEREFORE, the Defendant respectfully requests that the Court enter an order staying the Magistrate Judge's Memorandum and Order (Filing No. 35) for the above-stated reasons.

DATED this ____ day of March, 2004.

                                               FREIGHTLINER L.L.C., Defendant,

By:   s/Melanie J. Whittamore-Mantzios,
       #18883
       Wolfe Snowden Hurd Luers & Ahl, LLP
       Suite 830, Wells Fargo Center
       1248 "O" Street
       Lincoln, NE 68508
       (402) 474-1507

## CERTIFICATE OF SERVICE

I hereby certify that on March , 2004, I electronically filed the foregoing **MOTION TO STAY THE MAGISTRATE JUDGE'S ORDER** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

David S. Houghton
Robert W. Mullin
Attorneys at Law
100 Scoular Building,
2027 Dodge Street
Omaha, NE 68102

                                  By:   s/Melanie J. Whittamore-Mantzios,
                                                 #18883
                                                 Wolfe Snowden Hurd Luers & Ahl, LLP
                                                 Suite 830, Wells Fargo Center
                                                 1248 "O" Street
                                                 Lincoln, NE 68508
                                                 (402) 474-1507.