IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CHERYL K. CARLSON, et al., | ) | |
| | ) | |
|     Plaintiff, | ) | 4:03CV3208 |
| | ) | |
|     v. | ) | |
| | ) | |
| FREIGHTLINER, L.L.C., a | ) | MEMORANDUM AND ORDER |
| Delaware Corporation, | ) | |
| | ) | |
|     Defendant. | ) | |

    Having considered the motion of the defendant for protective order and for stay of discovery, the court finds that the defendant has not shown good cause to enter a protective order as required by Fed. R. Civ. P. 26(c).  In addition no good reason has been advanced that would necessitate or justify a further delay in reaching the trial of this case.

    IT THEREFORE HEREBY IS ORDERED, the motion, filing 184, is denied.

    Dated May 24, 2005.

                                            BY THE COURT

                                            s/ *David L. Piester*
                                            David L. Piester
                                            United States Magistrate Judge