```
            IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEBRASKA
```

| | |
|---|---|
| CHERYL K. CARLSON and DENNIS E. CARLSON, as Personal Representative for the Estate of Shirley Carlson,<br><br>        Plaintiffs,<br><br>     vs.<br><br>FREIGHTLINER LLC,<br><br>        Defendant. | 4:03CV3208<br><br>ORDER |

IT IS ORDERED:

Defendant's motion for stay, filing 196, is denied as moot in light of the Memorandum and Order entered by The Honorable Richard G. Kopf on June 6, 2005 (filing 198).

DATED this 7th day of June, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge