IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **CHERYL K. CARLSON and DENNIS E. CARLSON, as Personal Representative for the ESTATE OF SHIRLEY CARLSON,** | ) ) ) ) ) | CASE NO. 4:03-CV-3208 |
| Plaintiffs, | ) ) | |
| vs. | ) ) | ORDER |
| **FREIGHTLINER L.L.C, a Delaware Corporation,** | ) ) ) | |
| Defendant. | ) | |

   This matter comes before the Court upon the Defendant's Motion, filing 220, and the parties' stipulation, filing 229, for Extension of Time of Deadlines in the February 9, 2005, Memorandum and Order (filing 171).  The Court being fully apprised in the premises hereby finds that Defendant's Motion should be granted and therefore is sustained.

   Accordingly, the deposition deadline is extended to August 19, 2005, as to Michael Rogers's deposition only, and the deadline to file a motion in limine challenging the admissibility of testimony of expert witness Michael Rogers under Fed. R. of Evid. 702 is extended to August 30, 2005.

   DATED this 8th day of August, 2005.

BY THE COURT

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge