IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **CHERYL K. CARLSON** and **DENNIS E. CARLSON**, as Personal Representative for the **ESTATE OF SHIRLEY CARLSON**, | ) ) ) ) ) | CASE NO. 4:03-CV-3208 |
| Plaintiffs, | ) ) | |
| vs. | ) ) ) | PROPOSED ORDER |
| **FREIGHTLINER L.L.C**, a Delaware Corporation, | ) ) ) | |
| Defendant. | ) | |

This matter comes before the Court upon the Defendant's Motion, filing 221, for Extension of Time in Which to Produce the Documents Requested in Request No. 46 of the Plaintiffs' Fifth Request for Production of Documents. The Court being fully apprised in the premises hereby finds that Defendant's Motion should be granted and therefore is sustained.

Accordingly, Defendant is given an extension of time in which to produce the documents that Requested in Request No. 46 of the Plaintiffs' Fifth Request for Production of Documents until August 11, 2005.

DATED this 8th day of August, 2005.

BY THE COURT

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge