```
           IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF NEBRASKA
```

CHERYL K. CARLSON and           )
DENNIS E. CARLSON, as           )
Personal Representative for     )
the Estate of Shirley           )            4:03CV3208
Carlson,                        )
                                )
             Plaintiffs,        )
                                )            ORDER
        v.                      )
                                )
FREIGHTLINER LLC, a Delaware    )
Corporation,                    )
                                )
             Defendant.         )

Upon consideration of pending motions and the need for prompt disposition of them,

IT IS ORDERED:

1. Defendant's response to Plaintiffs' Motion to Determine Requests for Admission Admitted, filing 223, shall be filed on or before August 11, 2005. Plaintiffs' reply may be filed on or before August 15, 2005.

2. Defendant's response to Plaintiffs' Motion to Amend Amended Complaint or for Dismissal of Negligence Claim Only, filing 232, shall be filed on or before August 12, 2005. Plaintiffs' reply may be filed on or before August 16, 2005.

3. Defendant's response to Plaintiffs' Motion to Compel Discovery, filing 235, shall be filed on or before August 15, 2005. Plaintiffs' reply may be filed on or before August 19, 2005.

DATED this 8th day of August, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge