```
            IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEBRASKA

CHERYL K. CARLSON, and DENNIS  )
E. CARLSON,                    )
                               )
              Plaintiffs,      )         4:03CV3208
                               )
         v.                    )
                               )
FREIGHTLINER LLC,              )         ORDER
                               )
              Defendant.       )
                               )
```

The parties have advised the court that this case is settled.  Accordingly,

The plaintiffs' Motion to Determine Requests for Admissions Are Admitted, filing 223;  Motion to Amend Amended Complaint or for Dismissal of Negligence Claim Only, filing 232; and Third Motion to Compel Discovery and for an Expedited Ruling, filing 235, are denied as moot.

DATED this 1st day of September, 2005.

                          BY THE COURT:

                          s/ *David L. Piester*
                          David L. Piester
                          United States Magistrate Judge