IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CHERYL K. CARLSON and DENNIS E. CARLSON, Personal Representatives for the Estate of Shirley Carlson, | ) ) ) ) ) | 4:03CV3208<br><br>**MEMORANDUM AND ORDER** |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| FREIGHTLINER LLC, | ) ) | |
| Defendant. | ) | |

On the joint oral motion of the parties for an extension of the dismissal papers deadline,

IT IS ORDERED that:

(1) By October 21, 2005, the parties shall file a joint stipulation for dismissal (or other dispositive stipulation) with the clerk of the court (and provide a copy to the magistrate judge and to United States District Judge Richard G. Kopf, the trial judge to whom this case is assigned), together with submitting to the trial judge a draft order which will fully dispose of the case;

(2) Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

September 21, 2005.            BY THE COURT:

                s/ *Richard G. Kopf*
                United States District Judge