IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CHERYL K. CARLSON and ) | | 4:03CV3208 |
| DENNIS E. CARLSON, as ) | | |
| Personal Representatives for the ) | | |
| ESTATE OF SHIRLEY CARLSON, ) | | |
| ) | | **JUDGMENT** |
| Plaintiffs, ) | | |
| vs. ) | | |
| ) | | |
| FREIGHTLINER L.L.C, a ) | | |
| Delaware Corporation, ) | | |
| ) | | |
| Defendant. ) | | |

Pursuant to the parties' joint stipulation (filing 256) and Fed. R. Civ. P. 41(a),

IT IS ORDERED that this action is dismissed with prejudice, each party to pay their own costs.

October 6, 2005.                    BY THE COURT:

                    s/ *Richard G. Kopf*
                    United States District Judge